IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-02861-REB-KMT

THOMAS R. LEWIS,

    Plaintiff,

v.

TODD STRONG, in his official capacity as a Verizon Wireless employee, and in his individual capacity,
VERIZON WIRELESS,
and,
ONE OR MORE JOHN DOES,

    Defendants.

## ORDER DENYING MOTION TO DISMISS AS MOOT

**Blackburn, J.**

The matter before me is **Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)** [#7] filed January 20, 2010. After the motion was filed, plaintiff sought and was granted leave to file an amended complaint. (*See* **Motion for Leave To File the Attached Corrected Amended Complaint** [#10] filed February 9, 2010; **Order** [#30] entered March 16, 2010.) The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint. ***See Griggs v. Jornayvaz***, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); ***United States ex rel. Babb v. Northrop Grumman Corp.***, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).

**THEREFORE IT IS ORDERED** that **Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)** [#7] filed January 20, 2010, is **DENIED AS MOOT**.

Dated March 17, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge