**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02861-REB-KMT

THOMAS R. LEWIS,

    Plaintiff,

v.

TODD STRONG, in his official capacity as a Verizon Wireless employee, and in his individual capacity,
VERIZON WIRELESS, and
ONE OR MORE JOHN DOES,

    Defendants.

---

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal With Prejudice** [#116] filed December 20, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved, that this action should be dismissed with prejudice, and that the **Judgment** [#115] entered December 3, 2010, should be amended to reflect that all claims are dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#116] filed December 20, 2010, is **APPROVED**;

    2. That all claims in this action are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That the **Judgment** [#115] entered December 3, 2010, **SHALL BE** amended to reflect that all claims are dismissed with prejudice.

Dated December 21, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge